TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-04-00234-CR






Treva Bedynek Piel, Appellant



v.



The State of Texas, Appellee







FROM THE COUNTY COURT AT LAW NO. 2 OF BELL COUNTY


NO. 2C03-07120, HONORABLE JOHN BARINA, JR., JUDGE PRESIDING






O R D E R




PER CURIAM

Appellant's third motion for extension of time to file brief is granted. Appellant's
counsel, Mr. Scott K. Stevens, is ordered to tender a brief in this cause no later than September 10,
2004. No further extension of time will be granted.

It is ordered August 26, 2004.


Before Justices Kidd, B. A. Smith and Pemberton

Do Not Publish